IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULA M. KELLEY and
PATRICIA A. MERSMAN, Special Administrator
of the Estate of Carrie Randolph, Deceased,

    Plaintiffs,

v.

RHONDA RINCK,
OZBURN HESSEY LOGISTICS, LLC.,

    Defendants.                                                     Case No. 07-cv-883-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiffs' Motion for Voluntary Dismissal, made pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** (Doc. 25). Plaintiffs request the Court enter an Order dismissing this case without prejudice with leave to refile within the statutory time period prescribed by law. Defendants do not oppose Plaintiffs' request. Therefore, the Court hereby **GRANTS** Plaintiffs' Motion (Doc. 25) and **DISMISSES** this matter **WITHOUT PREJUDICE**, pursuant to **Rule 41(a)(2)**, with leave to refile within the statutory time period prescribed by law.

    **IT IS SO ORDERED**.

Signed this 10th day of March, 2008.

                                                          /s/  *David R Herndon*
                                                          **Chief Judge**
                                                          **United States District Court**